AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Michael Miller, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>Poseidon Concepts Corp., A. Scott Dawson, Lyle D. Michaluk, Clifford L. Wiebe, Harley L. Winger, Dean R. Jensen, Neil Richardson, Matt C. Mackenzie, and Jim S. Mckee, )<br>*Defendant(s)* ) | JUDGE COTE<br><br>Civil Action No. 13 CV 1213 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Neil Richardson

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Rosen Law Firm, P.A.
Laurence Rosen, Esq.
275 Madison Ave., 34th Floor
New York, NY 10016
Tel. 212-686-1060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: ___02/22/2013___

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

**State of NEW YORK**                   County of                    **U.S. District Court**

Index Number: 13 CV 1213
Date Filed: 2/22/2013

Plaintiff:
**MICHAEL MILLER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**POSEIDON CONCEPTS CORP.; A. SCOTT DAWSON; LYLE D. MICHALUK; CLIFFORD L. WIEBE; HARLEY L. WINGER; DEAN R. JENSEN; NEIL RICHARDSON; MATT C. MACKENSIE; AND JIM S. MCKEE**

For:
Laurance Rosen
THE ROSEN LAW FIRM, P.A.
275 Madison Ave.
34th Floor
New York, NY 10016

Received by ANDERSON INVESTIGATIONS, INC. on the 22nd day of March, 2013 at 1:29 pm to be served on **NEIL RICHARDSON, 2275 PARLEYS TERRACE, SALT LAKE CITY, UT 84109.**

I, CHANCE DILLEY, being duly sworn, depose and say that on the **26th day of March, 2013 at 3:30 pm, I:**

**Substitute Served** by leaving a true copy of this **SUMMONS, AND COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS, JURY TRIAL DEMANDED** with the date and hour of service endorsed thereon by me, at the within named person's usual place of abode, to a person residing therein who is 15 years of age or older to wit: ALICIA RICHARDSON/WIFE and informing said person of the contents thereof.

**Additional Information pertaining to this Service:**
3-26, 3:30 PM SERVED ALICIA RICHARDSON/WIFE

## AFFIDAVIT OF SERVICE for 13 CV 1213

I am over the age of 21 and have no interest in the above action.

UCA 78B-5-705. I declare under criminal penalty that the foregoing is true and correct.



**HEIDI ANDERSON**
NOTARY PUBLIC - STATE OF UTAH
My Comm. Exp. 01/01/2017
Commission # 661615

Subscribed and Sworn to before me on the 29th day of March, 2013 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
CHANCE DILLEY
Private Investigator A103193

ANDERSON INVESTIGATIONS, INC.
230 West 200 South
Suite 2302
Salt Lake City, UT 84101
(801) 619-1110
Our Job Serial Number: AND-2013001214

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h