**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL MILLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>POSEIDON CONCEPTS CORP., A. SCOTT DAWSON, LYLE D. MICHALUK, CLIFFORD L. WIEBE, HARLEY L. WINGER, DEAN R. JENSEN, NEIL RICHARDSON, MATT C. MACKENZIE and JIM S. MCKEE,<br><br>Defendants. | No. 1:13-cv-01213-DLC<br><br>ECF Case |
| TONY J. TRUNKEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>POSEIDON CONCEPTS CORP., A. SCOTT DAWSON, LYLE D. MICHALUK, CLIFFORD L. WIEBE, HARLEY L. WINGER, DEAN R. JENSEN, NEIL RICHARDSON, MATT C. MACKENZIE and JIM S. MCKEE,<br><br>Defendants. | No. 1:13-cv-01412-DLC<br><br>ECF Case |

**NOTICE OF MOTION AND MOTION OF DON SHOOKE FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Don Shooke ("Movant") respectfully moves this Court, under §21(D), *et seq*., of the Securities Exchange Act of 1934 as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for an order (a) consolidating the above-captioned related actions, (b) appointing Don Shooke as lead plaintiff, and (c) approving Movant's selection of Glancy Binkow & Goldberg LLP as lead counsel for the putative Class.

Movant seeks consolidation of related cases, appointment as lead plaintiff and approval of lead plaintiff's choice of counsel pursuant to the Securities Exchange Act of 1934, the Federal Rules of Civil Procedure and the PSLRA. This motion is based on this Notice, the attached memorandum of law, the declaration of Gregory Linkh, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

DATED: April 24, 2013

GLANCY BINKOW & GOLDBERG LLP

By: *s/ Gregory Linkh*

Gregory Linkh (GL 0477)
Brian P. Murray (BM 9954)
122 East 42nd Street, Suite 2920
New York, New York 10168
Tel: (212) 682-5340
Fax: (310) 201-9160
Email: glinkh@glancylaw.com

-and-

GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy
Michael Goldberg
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
Email: info@glancylaw.com

*Proposed Lead Counsel*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO SOUTHERN DISTRICT OF NEW YORK LOCAL RULESAND ECF RULES AND INSTRUCTIONS**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 122 East 42nd Street, Suite 2920, New York, New York 10168.

On April 24, 2013, I caused to be served the following documents:

1. **NOTICE OF MOTION AND MOTION OF DON SHOOKE FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

2. **MEMORANDUM OF LAW IN SUPPORT OF MOTION OF DON SHOOKE FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

3. **DECLARATION OF GREGORY LINKH IN SUPPORT OF MOTION OF DON SHOOKE FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

By posting these documents to the ECF Website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the attached Court's ECF Service List. And on the following non-ECF registered parties:

None known.

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 24, 2013, at New York, New York.

*s/ Gregory Linkh*______________
Gregory Linkh

# Mailing Information for a Case 1:13-cv-01213-DLC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Phillip C. Kim**
  pkim@rosenlegal.com
- **Lester L. Levy , Sr**
  llevy@wolfpopper.com,cdunleavy@wolfpopper.com
- **Laurence M Rosen**
  lrosen@rosenlegal.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)