**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (LR5733)
Phillip Kim, Esq. (PK 9384)
275 Madison Avenue, 34th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MICHAEL MILLER, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

POSEIDON CONCEPTS CORP., A. SCOTT DAWSON, LYLE D. MICHALUK, CLIFFORD L. WIEBE, HARLEY L. WINGER, DEAN R. JENSEN, NEIL RICHARDSON, MATT C. MACKENZIE, and JIM S. MCKEE,

Defendants.

-----------------------------------------------------------X

Case No.: 13-CV-01213 (DLC)

CLASS ACTION

**NOTICE OF MOTION AND MOTION OF GERALD KOLAR FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

TONY J. TRUNKEL, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

POSEIDON CONCEPTS CORP., A. SCOTT DAWSON, LYLE D. MICHALUK, CLIFFORD L. WIEBE, HARLEY L. WINGER, DEAN R. JENSEN, NEIL RICHARDSON, MATT C. MACKENZIE, and JIM S. MCKEE,

Defendants.

-----------------------------------------------------------X

Case No.: 1:13-cv-01412 (DLC)

CLASS ACTION

**PLEASE TAKE NOTICE**, that Plaintiff Gerald L. Kolar ("Movant") respectfully moves this Court under §21(D) *et seq*. of the Securities Exchange Act of 1934 as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for an order (a) consolidating the related actions; (b) appointing Movant as lead plaintiff, and (c) approving Movant's selection of The Rosen Law Firm P.A. as lead counsel for the Class.

This motion is based on this notice, the memorandum of law, the declaration of Phillip Kim, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Respectfully submitted,

DATED: April 24, 2013

**THE ROSEN LAW FIRM P.A.**

By: /s/ Phillip Kim
Phillip Kim (PK 9384)
Laurence Rosen (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 24th day of April, 2013, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Phillip Kim