UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                 :

MICHAEL MILLER, individually and on    :
behalf of all others similarly situated, :
                                 :

                     Plaintiff,    :
                                 :   13 Civ. 1213 (DLC)

            -v-                   :
                                 :

POSEIDON CONCEPTS CORP., A. SCOTT     :
DAWSON, LYLE D. MICHALUK, CLIFFORD L.  :
WIEBE, HARLEY L. WINGER, DEAN R. JENSEN, :
NEIL RICHARDSON, MATT C. MACKENZIE, and :
JIM S. MCKEE,                          :

                                 :   CASE MANAGEMENT
               Defendants.    :   ORDER
                                 :

------------------------------------------ X
                                 :

TONY J. TRUNKEL, individually and on   :
behalf of all others similarly        :
situated,                         :

                                 :

                     Plaintiff,    :
                                 :

            -v-                   :

POSEIDON CONCEPTS CORP., A. SCOTT     :   13 Civ. 1412 (DLC)
DAWSON, LYLE D. MICHALUK, CLIFFORD L.  :
WIEBE, HARLEY L. WINGER, DEAN R. JENSEN, :
NEIL RICHARDSON, MATT C. MACKENZIE, and :
JIM S. MCKEE,                          :

                                 :

               Defendants.    :
                                 :

------------------------------------------ X

DENISE COTE, District Judge:

    The Court having conducted a pretrial conference on May 17,

2013 to address the motions for appointment of lead plaintiff

and lead counsel in the class action brought against defendants

Poseidon Concepts Corp., A. Scott Dawson, Lyle D. Michaluk,

Clifford L. Wiebe, Harley L. Winter, Dean R. Jensen, Neil

Richardson, Matt C. MacKenzie, and Jim S. McKee, it is hereby

ORDERED as follows:

I. LEAD PLAINTIFF AND LEAD PLAINITFF'S COUNSEL

1. Gerald Kolar is appointed Lead Plaintiff.

2. The Rosen Law Firm, P.A. shall serve as Lead Counsel for all plaintiffs in this action and the class.

II. CAPTION

Every pleading filed in this action, and in any separate

action subsequently included therein, shall bear the following

caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE POSEIDON CONCEPTS SECURITIES LITIGATION | 12-cv-1213 (DLC) |

III. NEWLY FILED OR TRANSFERRED ACTIONS

1. When a class action that relates to the same subject matter as this action is hereafter filed in or transferred to this Court and assigned to the undersigned, it shall be consolidated with this action (provided that any case transferred to this Court solely for pretrial proceedings shall be consolidated only to that extent absent further order of this Court), and the Clerk of Court shall:

   a. File a copy of this Order in the separate file for such action.

b. Mail a copy of the Order of assignment of counsel
      for plaintiffs and counsel for each defendant in the
      consolidated actions.

   c. Make an appropriate entry in the Docket.

   d. Mail to the attorneys for the plaintiff(s) in the
      newly filed or transferred case a copy of this
      Order.

   e. Upon the first appearance of any new defendant(s),
      mail to the attorneys for such defendant(s) in such
      newly filed or transferred case a copy of this
      Order.

2. The Clerk shall maintain a separate file for each of the
   consolidated actions and filings shall be made therein in
   accordance with the regular procedures of the Clerk of
   this Court except as modified by this Order.

3. The Court requests the assistance of counsel in calling
   to the attention of the Clerk the filing or transfer of
   any case which might properly be consolidated with this
   Action.

IV. <u>APPLICATION OF THIS ORDER TO SUBSEQUENT CASES</u>

1. This Order shall apply to each class action assigned to the
   undersigned alleging claims similar to those set forth in
   this action against Poseidon Concepts Corp., A. Scott
   Dawson, Lyle D. Michaluk, Clifford L. Wiebe, Harley L.
   Winter, Dean R. Jensen, Neil Richardson, Matt C. MacKenzie,
   Jim S. McKee and others.

2. This Order shall apply to each such case which is
   subsequently filed in or transferred to this Court, and
   which is assigned to the undersigned unless a party
   objecting to the consolidation of that case or to any other
   provision of this Order serves an application for relief
   from this Order or from any of its provisions within ten
   (10) days after the date on which the Clerk mails a copy of
   this Order to counsel for that party.

3. The provisions of this Order shall apply to such action
   pending the Court's ruling on the application.

4. Unless a plaintiff in a subsequently filed or transferred case is permitted by the Court to use a separate complaint, defendants shall not be required to answer, plead or otherwise move with respect to that complaint in any such case.

5. If a plaintiff in any such case is permitted to use a separate complaint, each defendant shall have thirty (30) days from the date the Court grants such permission within which to answer, plead or otherwise move with respect to any such complaint.

V.   STAY

1. For the reasons stated on the record, this case is stayed as to all defendants.

2. Lead Plaintiff shall submit a status report no later than **September 13, 2013.**

VI.   SCHEDULE

1. Notwithstanding the stay, Lead Plaintiff shall file a consolidated amended complaint for this action and any actions subsequently consolidated with it on or before **June 14, 2013.**

2. Pending filing and service of the consolidated amended complaint, defendants shall have no obligation to move, answer, or otherwise respond to any complaints in any actions subsequently consolidated with this action.


SO ORDERED:

Dated:     New York, New York
           May 17, 2013

_____
DENISE COTE
United States District Judge