Case 1:13-cv-01213-DLC Document 45-1 Filed 07/11/14 Page 1 of 1

...UMENT
...RONICALLY
7/11/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

IN RE POSEIDON CONCEPTS SECURITIES LITIGATION

Civil Action No.: 13-CV-01213-DLC

13 Civ. 1412 (DLC)

-------------------------------------------------------------x

**~~[PROPOSED]~~ ORDER REINSTATING STAY AND VACATING SCHEDULING ORDER**

The parties having shown good cause to reinstate the stay and vacate the Court's Pretrial Scheduling Order dated June 27, 2014 (Dkt. # 44), it is hereby ordered:

1. The stay of the above captioned actions is reinstated as to all defendants effective immediately;
2. The Pretrial Scheduling Order dated June 27, 2014 (ECF No. 44) is hereby vacated;
3. ~~Nothing in this Order prevents the plaintiff from amending his complaint to add KPMG LLP as a defendant; and~~
4. The plaintiff will provide the Court with a status report on or before October 31, 2014.

So ordered:

Dated: New York, New York
July 11, 2014

The Hon. Denise Cote
United State District Judge