UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

11/3/2014

---x

IN RE POSEIDON CONCEPTS SECURITIES LITIGATION

Civil Action No.: 13-CV-01213-DLC

---x

**[PROPOSED] ORDER EXTENDING STAY**

Lead Plaintiff having shown good cause to extend the stay currently imposed in this action, it is hereby ordered:

1. The stay of the above captioned action is extended to November ~~7~~ 14, 2014.
2. Lead Plaintiff shall provide the Court with a status report on or before November 14, 2014.

So ordered:

Dated: New York, New York
Nov. 3, 2014

Denise Cote

The Hon. Denise Cote
United State District Judge