UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE POSEIDON CONCEPTS SECURITIES LITIGATION | Civil Action No.: 13-CV-01213-DLC |

## ~~[PROPOSED]~~ ORDER EXTENDING STAY

Lead Plaintiff having shown good cause to extend the stay currently imposed in this action, it is hereby ordered:

1. The stay of the above captioned action is extended to February 27, 2015.
2. Lead Plaintiff shall provide the Court with a status report on or before 2/27/15.

So ordered:

Dated: New York, New York
11/17, 2014

[signature]
The Hon. Denise Cote
United State District Judge

...MENT
...RONICALL...
11/17/14