UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
IN RE POSEIDON CONCEPTS SECURITIES   :
LITIGATION                                                          :    Civil Action No.: 13-CV-01213-DLC
:
:
:
---------------------------------------------------------x

## ~~[PROPOSED]~~ ORDER EXTENDING STAY

Lead Plaintiff having shown good cause to extend the stay currently imposed in this action, it is hereby ordered:

1. The stay of the above captioned action is extended to April 30, 2015.

2. Lead Plaintiff shall provide the Court with a status report on or before 5/8/15.

So ordered:

Dated:       New York, New York
             4/1, 2015

_____
The Hon. Denise Cote
United State District Judge