UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
IN RE POSEIDON CONCEPTS SECURITIES  :
LITIGATION                          :  Civil Action No.: 13-CV-01213-DLC
:
:
:
------------------------------------------------------------x

## [PROPOSED] ORDER EXTENDING STAY

Lead Plaintiff having shown good cause to extend the stay currently imposed in this action, it is hereby ordered:

1. The stay of the above captioned action is extended to ~~May 29, 2015~~ June 5, 2015.

2. Lead Plaintiff shall provide the Court with a status report on or before June 5, 2015.

So ordered:

Dated:   New York, New York
         May 11, 2015

_____
The Hon. Denise Cote
United State District Judge