UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE POSEIDON CONCEPTS SECURITIES LITIGATION | Case No: 13-CV-1213 (DLC)<br>ECF CASE<br>CLASS ACTION |

# NOTICE OF MOTION AND MOTION (1) TO LIFT STAY TO PERMIT ACTION TO PROCEED AGAINST KPMG LLP, AND (2) FOR LEAVE TO AMEND

PLEASE TAKE NOTICE that Lead Plaintiff Gerald Kolar ("Lead Plaintiff"), by and through his attorneys The Rosen Law Firm, P.A., individually and on behalf of all others similarly situated, will and hereby do move this Court on a date and at such time as may be designated by the Honorable Denise L. Cote, Courtroom 15B, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007-1312 for an order: (1) to lift stay to permit action to proceed against KPMG LLP and (2) for leave to amend.

This motion is based on the accompanying Memorandum of Law, the exhibits thereto, the pleadings and records on file in this action, and other such matters and argument as the Court may consider at the hearing on this motion.

Dated: May 15, 2015                              Respectfully submitted,

                                               **THE ROSEN LAW FIRM, P.A.**

                                               /s/ Jonathan Horne
                                               Laurence M. Rosen
                                               lrosen@rosenlegal.com
                                               Phillip Kim
                                               pkim@rosenlegal.com
                                               Jonathan Horne
                                               jhorne@rosenlegal.com
                                               THE ROSEN LAW FIRM, P.A.
                                               275 Madison Avenue, 34th Floor
                                               New York, NY, 10016
                                               Telephone: (212) 686-1060
                                               Facsimile: (212) 202-3827

## CERTIFICATE OF SERVICE

    I hereby certify that on May 15, 2015, the foregoing document was filed with the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Jonathan Horne

2