UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
                                                  :
                                                  :
                                                  :
IN RE POSEIDON CONCEPTS SECURITIES                :
LITIGATION                                        :     13cv1213 (DLC)
                                                  :
                                                  :     ORDER
                                                  :
                                                  :
------------------------------------------------- X

DENISE COTE, District Judge:

On May 15, 2015, lead plaintiff filed a motion (1) to lift the stay to permit this action to proceed against defendant KPMG LLP and (2) for leave to amend. Accordingly, it is hereby

ORDERED that any party's opposition to lead plaintiff's motion must be submitted by May 29. Lead plaintiff's reply, if any, must be submitted by June 5.

IT IS FURTHER ORDERED that, at the time any reply is served, lead plaintiff shall supply two courtesy copies of all motion papers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         May 18, 2015

                                    _____
                                            DENISE COTE
                                    United States District Judge