UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

6/16/2015

IN RE POSEIDON CONCEPTS SECURITIES LITIGATION

Civil Action No.: 13-CV-01213-DLC

## ~~[PROPOSED]~~ ORDER PARTIALLY EXTENDING STAY

Lead Plaintiff having shown good cause to extend the stay currently imposed on prosecuting claims against Defendants Poseidon Concepts Corp., Lyle D. Michaluk, Matt C. MacKenzie, A. Scott Dawson, Clifford L. Wiebe, Harvey L. Winger, Neil Richardson, and Jim S. McKee (the "Current Defendants"), it is hereby ordered that:

1. As to the Current Defendants, the stay of the claims in the above captioned action is extended to July 31, 2015.
2. This Order has no impact on claims against KPMG LLP.
3. Lead Plaintiff shall provide the Court with a status report on or before 7/31/15.

So ordered:

Dated: New York, New York
6/16, 2015

The Hon. Denise Cote
United State District Judge