**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE POSEIDON CONCEPTS SECURITIES LITIGATION | Case No. 13-CV-1213 (DLC)<br>ECF Case |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Joshua Z. Rabinovitz, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for KPMG LLP in the above-captioned action.

I am in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court.

DATED: August 3, 2015

Respectfully submitted,

*/s/ Joshua Z. Rabinovitz*

Joshua Z. Rabinovitz
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
(312) 862-2000
(312) 862-2200 (fax)
joshua.rabinovitz@kirkland.com

*Counsel for KPMG LLP (Canada)*

**Certificate of Service**

I hereby certify that on August 3, 2015, the foregoing document was filed with the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Joshua Z. Rabinovitz*