UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICAL

8/12/2015

| | |
|---|---|
| IN RE POSEIDON CONCEPTS SECURITIES LITIGATION | Civil Action No.: 13-CV-01213-DLC |

## ~~[PROPOSED]~~ ORDER PARTIALLY EXTENDING STAY

Lead Plaintiff having shown good cause to extend the stay currently imposed on prosecuting claims against Defendants Lyle D. Michaluk, Matt C. MacKenzie, A. Scott Dawson, Clifford L. Wiebe, Harvey L. Winger, Dean R. Jensen, and Neil Richardson (the "Poseidon Defendants"), it is hereby ordered that:

1. The stay of claims against the Poseidon Defendants is extended to September 30, 2015.
2. This Order has no impact on claims against KPMG LLP (Canada).
3. Lead Plaintiff shall provide the Court with a status report on or before 9/30/15.

So ordered:

Dated: New York, New York
8/12/2015

The Hon. Denise Cote
United State District Judge