**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE POSEIDON CONCEPTS SECURITIES LITIGATION | Case No. 13-CV-1213 (DLC)<br><br>ECF Case |

**NOTICE OF DEFENDANT KPMG'S MOTION TO DISMISS**

**PLEASE TAKE NOTICE THAT**, upon the accompanying memorandum of law and exhibits, Defendant KPMG LLP (Canada) will move this Court, at a date and time convenient for the Court, before the Honorable Denise L. Cote, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6), dismissing this lawsuit.

Dated: September 15, 2015

Respectfully submitted,

*/s/ Nathaniel J. Kritzer*

Nathaniel J. Kritzer
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
(212) 446-4900 (fax)

-and-

John F. Hartmann, P.C. (admitted pro hac vice)
Joshua Z. Rabinovitz (admitted pro hac vice)
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, IL 60654
(312) 862-2000
(312) 862-2200 (fax)

*Counsel for KPMG LLP (Canada)*