**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MILLER<br><br>Plaintiffs,<br><br>v.<br><br>POSEIDON CONCEPTS CORP. ET AL.,<br><br>Defendants. | Case No: 1:13 Civ. 1213 (DLC) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/2015

NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Marc I. Gross hereby moves this Court for entry of an Order (provided below) granting his request to withdraw as counsel for plaintiff Tony J. Trunkel in the above-captioned action and to have his name, address and email address removed from the service list (including ECF service list).

Mr. Trunkel will continue to be represented by other attorneys of Pomerantz LLP and Mr. Gross's withdrawal will not delay resolution of this matter.

Dated: October 29, 2015
New York, New York

Respectfully Submitted,
POMERANTZ LLP

By: *s/ Marc I. Gross*
Marc I. Gross
600 Third Avenue
New York, NY 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665

Signed this the 30th day of October, 2015

[signature]

DENISE L. COTE
UNITED STATES DISTRICT JUDGE