USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE POSEIDON CONCEPTS SECURITIES LITIGATION

13cv1213 (DLC)

ORDER

DENISE COTE, District Judge:

An order of October 28, 2015 required the lead plaintiff to file any motion to amend by November 6, with opposition due December 4. On November 24, defendant KPMG filed a letter stating that it will not oppose the motion to amend, but intends to move to dismiss the amended complaint. Accordingly, it is hereby

ORDERED that lead plaintiff's motion for leave to file a Third Amended Complaint is granted.

IT IS FURTHER ORDERED that defendant KPMG's motion to dismiss submitted on September 15 is denied without prejudice to its renewal if appropriately made in response to the Third Amended Complaint.

IT IS FURTHER ORDERED that defendant KPMG's motion to dismiss the Third Amended Complaint must be submitted by December 15, 2015. Lead plaintiff's opposition must be

submitted by January 15, 2016. The defendant's reply, if any, must be submitted by January 29.

IT IS FURTHER ORDERED that at the time any reply is served, the moving party shall supply two courtesy copies of all motion papers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
November 30, 2015

DENISE COTE
United States District Judge