UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2016
```

-------------------------------------------------------x
:
IN RE POSEIDON CONCEPTS SECURITIES :
LITIGATION                          :       Civil Action No.: 13-CV-01213-DLC
:
:
:
-------------------------------------------------------x

## [PROPOSED] ORDER PARTIALLY EXTENDING STAY

Lead Plaintiff having shown good cause to extend the stay currently imposed on prosecuting claims against Defendants Lyle D. Michaluk, Matt C. MacKenzie, A. Scott Dawson, Clifford L. Wiebe, Harvey L. Winger, Dean R. Jensen, and Neil Richardson (the "Poseidon Defendants"), it is hereby ordered that:

1. The stay of claims against the Poseidon Defendants is extended to May 2, 2016.

2. This Order has no impact on claims against KPMG LLP (Canada).

3. Lead Plaintiff shall provide the Court with a status report on or before 5/2/16.

So ordered:

Dated:      New York, New York
            4/11/2016

                                            _____
                                            The Hon. Denise Cote
                                            United State District Judge