Case 1:13-cv-01213-DLC Document 130-1 Filed 06/01/16 Page 1 of 1

USDC SDNY
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/9/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE POSEIDON CONCEPTS SECURITIES LITIGATION

Civil Action No.: 13-CV-01213-DLC

**~~[PROPOSED]~~ ORDER PARTIALLY EXTENDING STAY**

Lead Plaintiff having shown good cause to extend the stay currently imposed on prosecuting claims against Defendants Lyle D. Michaluk, Matt C. MacKenzie, A. Scott Dawson, Clifford L. Wiebe, Harvey L. Winger, Dean R. Jensen, and Neil Richardson (the "Poseidon Defendants"), it is hereby ordered that:

1. The stay of claims against the Poseidon Defendants is extended to June 30, 2016.
2. This Order has no impact on claims against KPMG LLP (Canada).
3. Lead Plaintiff shall provide the Court with a status report on or before 6/30/16.

So ordered:

Dated: New York, New York
6/9, 2016

Denise Cote
The Hon. Denise Cote
United State District Judge