USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
IN RE POSEIDON CONCEPTS SECURITIES    :   13cv1213 (DLC)
LITIGATION                            :
                                      :   ORDER
                                      :
                                      :
                                      :
-------------------------------------X

DENISE COTE, District Judge:

On June 3, 2016, defendant KPMG LLP (Canada) filed a motion for entry of judgment pursuant to Rule 54(b), Fed. R. Civ. P. Accordingly, it is hereby

ORDERED that lead plaintiff's opposition must be submitted by June 17.  KPMG's reply, if any, must be submitted by June 24.

Dated:   New York, New York
         June 9, 2016

                                    _____
                                          DENISE COTE
                                    United States District Judge