USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/23/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE POSEIDON CONCEPTS SECURITIES LITIGATION

13cv1213 (DLC)

ORDER

---

DENISE COTE, District Judge:

On May 24, 2016, plaintiff's claim against defendant KPMG LLP (Canada) ("KPMG") was dismissed. Plaintiff's claims against remaining individual defendants are stayed. On June 3, KPMG moved for entry of final judgment pursuant to Rule 54(b), Fed. R. Civ. P. Plaintiff does not oppose KPMG's motion. There being no just reason for delay, it is hereby

ORDERED that KPMG's June 3 motion is granted. The Clerk of Court shall enter judgment pursuant to Rule 54(b) in KPMG's favor.

Dated: New York, New York
June 22, 2016

Denise Cote

DENISE COTE
United States District Judge