Case 1:13-cv-01213-DLC Document 138-1 Filed 06/29/16 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/29/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE POSEIDON CONCEPTS SECURITIES LITIGATION

Civil Action No.: 13-CV-01213-DLC

## ~~[PROPOSED]~~ ORDER EXTENDING STAY

Lead Plaintiff having shown good cause to extend the stay currently imposed in this action, it is hereby ordered:

1. The stay of the above captioned action is extended to August 2, 2016
2. Lead Plaintiff shall provide the Court with a status report on or before 8/6/16.

So ordered:

Dated: New York, New York
6/29, 2016

The Hon. Denise Cote
United State District Judge