Case 1:13-cv-01213-DLC Document 140-1 Filed 08/05/16 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE POSEIDON CONCEPTS SECURITIES LITIGATION

Civil Action No.: 13-CV-01213-DLC

## ~~[PROPOSED]~~ ORDER EXTENDING STAY

Lead Plaintiff having shown good cause to extend the stay currently imposed in this action, it is hereby ordered:

1. The stay of the above captioned action is extended to September 30, 2016
2. Lead Plaintiff shall provide the Court with a status report on or before 9/28/16.

So ordered:

Dated: New York, New York
August 8, 2016

Denise Cote

The Hon. Denise Cote
United State District Judge