Case 1:13-cv-01213-DLC Document 142-1 Filed 09/28/16 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE POSEIDON CONCEPTS SECURITIES LITIGATION

Civil Action No.: 13-CV-01213-DLC

**~~[PROPOSED]~~ ORDER EXTENDING STAY**

Lead Plaintiff having shown good cause to extend the stay currently imposed in this action, it is hereby ordered:

1. The stay of the above captioned action is extended to October 31, 2016
2. Lead Plaintiff shall provide the Court with a status report on or before November 4, 2016.

So ordered:

Dated: New York, New York
October 3, 2016

Denise Cote

The Hon. Denise Cote
United State District Judge