UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/16

------------------------------------------------------------x
:
IN RE POSEIDON CONCEPTS SECURITIES     :
LITIGATION                             :   Civil Action No.: 13-CV-01213-DLC
:
:
:
------------------------------------------------------------x

### [PROPOSED] ORDER EXTENDING STAY

Lead Plaintiff having shown good cause to extend the stay currently imposed in this action, it is hereby ordered:

1. The stay of the above captioned action is extended to December 20, 2016

2. Lead Plaintiff shall provide the Court with a status report on or before 12/20/16.

So ordered:

Dated:   New York, New York
         Nov. 7, 2016

_____
The Hon. Denise Cote
United State District Judge