Case 1:13-cv-01213-DLC Document 148-1 Filed 02/03/17 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---x

IN RE POSEIDON CONCEPTS SECURITIES LITIGATION : Civil Action No.: 13-CV-01213-DLC

---x

**~~[PROPOSED]~~ ORDER EXTENDING STAY**

Lead Plaintiff having shown good cause to extend the stay currently imposed in this action, it is hereby ordered:

1. The stay of the above captioned action is extended to March 15, 2017.
2. Lead Plaintiff shall provide the Court with a status report on or before 3/20/17

So ordered:

Dated: New York, New York
February 6, 2017

Denise Cote
The Hon. Denise Cote
United State District Judge