Case 1:13-cv-01213-DLC Document 150-1 Filed 03/21/17 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/22/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE POSEIDON CONCEPTS SECURITIES LITIGATION | Civil Action No.: 13-CV-01213-DLC |

**~~[PROPOSED]~~ ORDER EXTENDING STAY**

Lead Plaintiff having shown good cause to extend the stay currently imposed in this action, it is hereby ordered:

1. The stay of the above captioned action is extended to April 28, 2017.
2. Lead Plaintiff shall provide the Court with a status report on or before 4/28/17.

So ordered:

Dated: New York, New York
3/21/2017

The Hon. Denise Cote
United State District Judge