USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-28-17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE POSEIDON CONCEPTS SECURITIES LITIGATION

Civil Action No.: 13-CV-01213-DLC

**~~[PROPOSED]~~ ORDER EXTENDING STAY**

Lead Plaintiff having shown good cause to extend the stay currently imposed in this action, it is hereby ordered:

1. The stay of the above captioned action is extended to June 26, 2017.
2. Lead Plaintiff shall provide the Court with a status report on or before 6/26/17.

So ordered:

Dated: New York, New York
April 28, 2017

Denise Cote
The Hon. Denise Cote
United State District Judge