Case 1:13-cv-01213-DLC Document 160-1 Filed 02/20/18 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-21-2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE POSEIDON CONCEPTS SECURITIES LITIGATION

Civil Action No.: 13-CV-01213-DLC

**~~[PROPOSED]~~ ORDER EXTENDING STAY**

Lead Plaintiff having shown good cause to extend the stay currently imposed in this action, it is hereby ordered:

1. The stay of the above captioned action is extended to March 15, 2018.
2. Lead Plaintiff shall provide the Court with a status report on or before March 15, 2018

So ordered:

Dated: New York, New York
2/21/2018

Denise Cote
The Hon. Denise Cote
United State District Judge