USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 3/16/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE POSEIDON CONCEPTS SECURITIES LITIGATION

Civil Action No.: 13-CV-01213-DLC

**~~[PROPOSED]~~ ORDER EXTENDING STAY**

Lead Plaintiff having shown good cause to extend the stay currently imposed in this action, it is hereby ordered:

1. The stay of the above captioned action is extended to May 11, 2018
2. Lead Plaintiff shall provide the Court with a status report on or before May 11, 2018.

So ordered:

Dated: New York, New York
~~________, 2018~~
March 16, 2018

Denise Cote
The Hon. Denise Cote
United State District Judge