UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
                                    :
IN RE POSEIDON CONCEPTS SECURITIES  :    13cv1213 (DLC)
LITIGATION                          :
                                    :        ORDER
                                    :
                                    :
                                    :
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-1-2018

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the stay of the above captioned action is extended to May 25, 2018.

IT IS FURTHER ORDERED that lead plaintiff shall provide the Court with a status report on or before May 25, 2018.

Dated:   New York, New York
         May 1, 2018

                                    _____
                                             DENISE COTE
                                    United States District Judge