USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/25/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
IN RE POSEIDON CONCEPTS SECURITIES     :
LITIGATION                              :  Civil Action No.: 13-CV-01213-DLC
:
:
-----------------------------------------------------------x

## [PROPOSED] ORDER EXTENDING STAY

Lead Plaintiff having shown good cause to extend the stay currently imposed in this action, it is hereby ordered:

1. The stay of the above captioned action is extended to July 25, 2018.

2. Lead Plaintiff shall provide the Court with a status report on or before 7/25/18.

So ordered:

Dated:    New York, New York
          May 25, 2018

                                                  _____
                                                  The Hon. Denise Cote
                                                  United State District Judge